People v Gomez (2021 NY Slip Op 51183(U))

[*1]

People v Gomez (Vladimir)

2021 NY Slip Op 51183(U) [73 Misc 3d 140(A)]

Decided on December 15, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 15, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Hagler, Silvera, JJ.

570410/19

The People of the State of New 
 York, Respondent,
against
Vladimir Gomez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Margaret W. Martin, J.), rendered March 26, 2019, convicting him, upon his plea of
guilty, of aggravated driving while intoxicated per se, and imposing sentence.

Per Curiam.
Judgment of conviction (Margaret W. Martin, J.), rendered March 26, 2019, affirmed.
Since defendant waived the right to be prosecuted by information, the facial sufficiency of
the accusatory instrument must be assessed under the standard required of a misdemeanor
complaint (see People v Dumay, 23
NY3d 518, 522 [2014]). So viewed, the accusatory instrument was jurisdictionally valid
because it described facts of an evidentiary nature establishing reasonable cause to believe that
defendant was guilty of aggravated driving while intoxicated per se (see Vehicle and
Traffic Law § 1192[2-a][a]), and in particular, satisfied the operation element of the
offense. An eyewitness observed defendant in the driver's seat of the minivan immediately after it
crashed into a parked car; the vehicle was stopped in the middle of the road, with damage to its
front left bumper; a second damaged vehicle was next to defendant's vehicle; and defendant was
standing next to his vehicle. These allegations support an inference that defendant was the
operator of the vehicle involved in the accident (see People v Esposito, 33 NY3d 1016, 1017 [2019]; People v Dunster, 146 AD3d 1029,
1030 [2017], lv denied 29 NY3d 997 [2017]; People v Bedard, 64 Misc 3d 144[A], 2019 NY Slip Op 51295[U]
[App Term, 2nd Dept, 9th & 10th Jud Dists 2019], lv denied 34 NY3d 1126
[2020]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 15, 2021